**Keith H. TAYLOR, Plaintiff–Appellant,**

v.

**DAIMLERCHRYSLER A.G.,**
**Defendant–Appellee.**

**No. 04–1319.**

United States Court of Appeals,
Federal Circuit.

March 18, 2005.

Before NEWMAN, BRYSON, and
PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**Randolph P. WHITTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION**
**BOARD, Respondent.**

**No. 04–3269.**

United States Court of Appeals,
Federal Circuit.

March 18, 2005.

Before NEWMAN, MAYER, and
GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This .CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36